**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:
PPS 77 LLC,                                                              Chapter 11
                                                                                  Case No. 24-12445 (LGB)
        Debtor.
---------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF
## PICK & ZABICKI LLP AS COUNSEL TO THE DEBTOR

Upon the application, dated February 12, 2025 (the "Application"), of PPS 77 LLC, the debtor and debtor-in-possession herein (the "Debtor"), for an Order, pursuant to § 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing its retention of Pick & Zabicki LLP ("P&Z") as its counsel in connection with its case; and upon the declaration of Douglas J. Pick, executed on February 12, 2025, in support of the Application; and upon the declaration of Eric Brown, executed on February 12, 2025 with respect to the third-party retainer and expense advance payments which were made to P&Z by PPS 37th Avenue LLC and Brown Brother Group LLC, respectively, at the Debtor's request; and the Court being satisfied that (i) the employment of P&Z is necessary and in the best interests of the Debtor, its estate, creditors and equity holders, (ii) P&Z does not have or represent any interest adverse to the Debtor or its estate, and (iii) P&Z is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code; and good and sufficient cause appearing for the relief sought by the Application; and after due deliberation thereon; it is

    **ORDERED,** that the Application is granted to the extent provided herein; and it is further

**ORDERED,** that, to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED,** pursuant to § 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, that the Debtor is hereby authorized to retain P&Z as its counsel effective as of December 26, 2024 upon the terms described in the Application; and it is further

**ORDERED,** that P&Z shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses, subject to notice and a hearing thereon, and shall be subject to §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and applicable law; and it is further

**ORDERED,** that prior to any increases in P&Z's rates, P&Z shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee which supplemental affidavit shall explain the basis for the requested rate increases in accordance with § 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code; and it is further

**ORDERED,** that P&Z shall apply any remaining amounts of its prepetition retainer as a credit toward post-petition fees and expenses after such post-petition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to P&Z; and it is further

**ORDERED**, that, notwithstanding any provision in the Application to the contrary, the Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of the Application and this Order.

Dated: New York, New York
_____, 2025

                                              HONORABLE LISA G. BECKERMAN
                                              UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:

William K. Harrington
United States Trustee, Region 02

By:   */s/Greg Zipes*
       Greg Zipes, Esq.
       Trial Attorney

Date:  February 12, 2025