UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:
PPS 77 LLC,                                                             Chapter 11
                                                                                 Case No. 24-12445 (LGB)

                       Debtor.
---------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING AND SHORTENING NOTICE WITH RESPECT TO MOTION FOR AN ORDER GRANTING PICK & ZABICKI LLP LEAVE TO WITHDRAW AS PROPOSED COUNSEL TO THE DEBTOR**

Upon the motion (the "Motion to Expedite") of Pick & Zabicki LLP, dated February 20, 2025, for entry of an Order scheduling an expedited hearing and shortening time for notice of hearing on P&Z's amended motion, also dated February 20, 2025 (the "Withdrawal Motion"), for entry of an Order, pursuant to 11 U.S.C. § 105(a) and Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York, granting P&Z leave to withdraw as proposed counsel to debtor PPS 77 LLC (the "Debtor"); and due notice of the Motion to Expedite having been provided under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion to Expedite is proper; and upon the Motion to Expedite and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. A virtual hearing via *Zoom for Government* (the "Hearing") with respect to the Withdrawal Motion shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on February 27, 2025 at 10:00 a.m.

2. To appear at the Hearing, all participants must register through the Court's *eCourt Appearances* program accessible on the Court's website at

https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl by 4:00 p.m. one business day before the hearing. *eCourt Appearances* registration is required by both attorneys and non-attorney participants. Once registered, *eCourt Appearances* will email the link for the hearing before the hearing date/time.

        3.        The Withdrawal Motion, together with copies of this Order and the "Procedures For All Hearings Before Judge Beckerman Being Held By Zoom Video", shall be served within one (1) business day of entry of this Order via electronic mail upon the Debtor, the Office of the United States Trustee and counsel for Brovha Capital LLC.

        4.        Objections to the Withdrawal Motion, if any, may be made orally at the Hearing.

Dated: New York, New York
       February 21, 2025

                                */s/ Lisa G. Beckerman*
                                HONORABLE LISA G. BECKERMAN
                                UNITED STATES BANKRUPTCY JUDGE